UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

KENNETH ROY STEINBAUGH,   ) CV 10-1730-SH
            Plaintiff,            ) JUDGMENT
    v.
MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,
            Defendant.

IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision of the Commissioner is reversed and remanded pursuant to Sentence 4 of 42 U.S.C.§ 405(g).

DATED: September 10, 2010

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE