JAMES P. SHEA (State Bar No. 162483)
LAW OFFICES OF SUSAN R. WASSERMAN
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9600
Fax: 323-954-9616
E-mail: lawoffice5750@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| KENNETH ROY STEINBAUGH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | NO. CV 10-1730 SH<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

　　　IT IS ORDERED that EAJA fees are awarded in the amount of three thousand, two hundred fifty dollars ($3,250.00), and costs in the amount of three hundred fifty dollars ($350.00), subject to the provisions of the EAJA.

Dated: October 29, 2010　　　　　_____

　　　　　　　　　　　　　　　　　　STEPHEN J. HILLMAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE